# PRIMMER PIPER
## EGGLESTON & CRAMER PC

Attorneys at Law

Burlington VT | Montpelier VT | St. Johnsbury VT | Littleton NH

Douglas J. Wolinsky
dwolinsky@ppeclaw.com

August 19, 2009

Richard G. Zeh, Sr.
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Re: Natec, Inc. – Case No. 05-18362

Dear Mr. Zeh:

Enclosed please find check number 131 in the amount of $2,251.71, which represents unclaimed funds for the following creditors:

| Claim # | Claimant | Check # | Amount |
|---|---|---|---|
| 88 | MVP Health Care<br>Dawn Jablonski Ryman<br>MVP Health Services Corp.<br>625 State Street<br>PO Box 220<br>Schenectady, NY 12301-2207 | 127 | $1,280.88 |
| 97 | Joe Congelosi<br>7 Macomb Street<br>Plattsburgh, NY 12901 | 121 | $757.98 |
| 100 | Nancy Doner<br>16 Spring Street<br>Keeseville, NY 12944 | 124 | $212.85 |

Thank you.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl
E00980-07414\Doc #66